IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MICHAEL ANTHONY BROWN,

        Plaintiff,

                              No. 2:18-cv-00920-KRS

v.

NANCY A. BERRYHILL, Acting Commissioner
of the Social Security Administration,

        Defendant.

## ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS*

**THIS MATTER** comes before the Court upon Plaintiff's Motion to Proceed *In Forma Pauperis* with Financial Affidavit Pursuant to 28 U.S.C. § 1915 (Doc. 2). Having reviewed the motion, the Court determines that Plaintiff has successfully established that he is unable to prepay the required filing fee and/or that so doing will cause him substantial hardship. *See* 28 U.S.C. § 1915(a)(1).

**IT IS, THEREFORE, ORDERED** that Plaintiff's Motion to Proceed *In Forma Pauperis* is hereby **GRANTED.**

                                                */s/ Kevin Sweazea*
                                                KEVIN R. SWEAZEA
                                                UNITED STATES MAGISTRATE JUDGE